# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BERNA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE BUREAU OF FIREARMS, et al.,<br><br>    Defendants. | Case No. 1:14-cv-01972-JAM-SAB<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>ECF NO. 9 |

On February 24, 2015, the Court dismissed the First Amended Complaint in this action with leave to amend. (ECF No. 6.) Plaintiff's amended complaint was due within thirty days. Plaintiff Bruce Berna ("Plaintiff") did not file an amended complaint.

On March 31, 2015, the Court issued a findings and recommendations recommending that this action be dismissed. (ECF No. 9.) On April 10, 2015, Plaintiff filed objections to the findings and recommendations informing the Court that he did not file a timely amended complaint because he did not receive the February 24 order dismissing the First Amended Complaint with leave to amend. (ECF No. 10.)

Based upon Plaintiff's representations, the Court will vacate and withdraw the March 31, 2015 Findings and Recommendations and grant Plaintiff additional time to file an amended complaint.

Plaintiff's objections also asks the Court for help obtaining certain documents related to his lawsuit, such as the Department of Justice's policies and procedures for searches and seizures. The Court does not have access to these documents. Accordingly, Plaintiff's request that the Court send him copies will be denied.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The March 31, 2015 Findings and Recommendations are VACATED AND WITHDRAWN (ECF No. 9);

2. The Clerk of the Court is directed to send Plaintiff a copy of the Court's February 24, 2015 Order Dismissing Complaint, With Leave to Amend Within Thirty (30) Days;

3. Plaintiff shall file an amended complaint on or before May 18, 2015. Plaintiff's amended complaint must be received by the Court on or before May 18, 2015. Plaintiff is forewarned that failure to file a timely amended complaint will result in a recommendation that this action be dismissed; and

4. Plaintiff's request for copies of documents is DENIED.

IT IS SO ORDERED.

Dated:   **April 13, 2015**

UNITED STATES MAGISTRATE JUDGE